IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JACOB STANTON ROMINE                                                                                    PLAINTIFF

v.                          Civil No.  5:24-cv-05114-TLB-MEF

WASHINGTON COUNTY;                                                                                   DEFENDANTS
DOE WASHINGTON COUNTY
PROSECUTORS; and DOE EMPLOYEES
OF FAYETTEVILLE ANIMAL SERVICES

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3), the Honorable Timothy L. Brooks, United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation.  The case is before the Court on Plaintiff's failure to obey the Orders of the Court.

I. DISCUSSION

Plaintiff, Jacob S. Romine ("Romine"), filed this action pursuant to 42 U.S.C. §1983.  He proceeds *pro se* and *in forma pauperis* ("IFP").  When Romine filed his Complaint, he was confined to the Washington County Detention Center ("WCDC").  (ECF No. 1).

When he filed this case, Romine was specifically advised that he was required to immediately inform the Court of any change of address.  (ECF No. 3).  If he was transferred or released, Romine was told he must advise the Court of any change in his address by no later than thirty (30) days from the time of his transfer to another facility or his release.  Romine was advised that "[f]ailure to inform the Court of an address change shall result in the dismissal of this case."

When Romine's IFP motion was granted, he was again advised of his obligation to inform the Court immediately of any change in his address.  (ECF No. 6).  Additionally, Rule 5.5(c)(2) of

the Local Rules for the Eastern and Western Districts of Arkansas requires *pro se* parties to "promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."

On June 3, 2024, mail was returned to the Court as undeliverable with a notation that he was no longer incarcerated at the WCDC. (ECF No. 8). Romine had until July 3, 2024, to provide the Court with his new address. To date, Romine has not provided a new address or contacted the Court in anyway.

## II.     CONCLUSION

For this reason, it is recommended that this case be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**Status of Referral: The referral terminates upon the filing of this Report and Recommendation.**

**The parties have fourteen (14) days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 9th day of July 2024.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE